PER CURIAM.
Affirmed upon the authority of Shurden v. Thomas, Fla.App.1961, 134 So.2d 876; Biederman v. Cheatham, Fla.App. 1964, 161 So.2d 538; In Re Pickles’ Petition, Fla.App. 1965, 170 So.2d 603; In Re Estate of Schor, Fla.App.1965, 172 So.2d 888; In Re Dennis’ Estate, Fla.App. 1965, 179 So.2d 889; In Re Davenport’s Estate, Fla.App. 1965, 180 So.2d 176; Campbell v. Stoner, Fla.App. 1971, 249 So.2d 474; § 59.041, Fla.Stat.